IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-285-RJC-DCK

| | |
|---|---|
| OLIVIA J. SMITH, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PIEDMONT NATURAL GAS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding an *ex parte* communication received from *pro se* Plaintiff on February 29, 2012. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review of the status of the case is appropriate.

The undersigned will decline to specifically address or respond to Plaintiff's *ex parte* communication. Instead, the parties will be required to file a status report, jointly if possible; or, in the alternative, they may file a Notice of Settlement and/or Stipulation of Dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a status report, or some alternative notice as identified herein, on or before **March 12, 2012**.

**IT IS FURTHER ORDERED** that the aforementioned *ex parte* communication be filed under seal by the Clerk of Court, with access limited to Court personnel only.

Signed: March 5, 2012

David C. Keesler
United States Magistrate Judge