UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-285-RJC-DCK

| | |
|---|---|
| OLIVIA J. SMITH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PIEDMONT NATURAL GAS, INC., )<br>DOROTHY LATIMER, RON NELSON, )<br>CARLOTTA CHAMBERS, and )<br>SANDI SEIVERS, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff Olivia J. Smith's ("Plaintiff") Notice of Voluntary Dismissal with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), filed on April 23, 2012. (Doc. No. 39). In support of her Notice, Plaintiff states that the parties have reached a settlement.

**IT IS, THEREFORE, ORDERED** that, for good cause shown, Plaintiff's Complaint, (Doc. No. 2), is **DISMISSED with prejudice**. The Clerk of Court is directed to close the case.

Signed: April 23, 2012

Robert J. Conrad, Jr.
Chief United States District Judge